FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY -2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY shy          DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO VELASQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>    Defendant. | Case No. CV 12-5196 AN<br><br>JUDGMENT |

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED the Commissioner's final decision is affirmed and this action is dismissed with prejudice.

DATED:   May 2, 2013

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE